# EXHIBIT B

Electronically Filed - Jackson - Kansas City - April 04, 2023 - 03:52 PM

### IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| | | |
|---|---|---|
| **GERMANY SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No:** |
| | ) | |
| | ) | |
| **DOLGENCORP, LLC, d/b/a** | ) | |
| **DOLLAR GENERAL STORE** | ) | |
| **#14255** | ) | |
| **SERVE REGISTERED AGENT:** | ) | |
| **CSC-Lawyers Incorporating** | ) | |
| **Service Company** | ) | |
| **221 Bolivar Street** | ) | |
| **Jefferson City, MO 65101** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **DERRICK WILLIAMS** | ) | |
| **SERVE AT:** | ) | |
| **3023 E 27TH ST,** | ) | |
| **KANSAS CITY, MO 64127-4127** | ) | |
| | ) | |
| **Defendants.** | | |

### PETITION FOR DAMAGES

COMES NOW Plaintiff Germany Smith and, for her cause of action against Defendants Derrick Williams ("Williams") and Dolgencorp, LLC d/b/a Dollar General Store #14255 ("Company"), states and alleges as follows:

### JURISDICTION & VENUE

1.      This action alleges that Defendant Williams committed assault and battery, arising under Missouri law in Jackson County, Missouri.

2.      Plaintiff was first injured by Defendant Williams' unlawful assault in Jackson County, Missouri; as such, venue is proper in this Court pursuant to R.S.Mo. § 508.010.

3.     This action alleges that Defendants engaged in unlawful discriminatory practices in violation of the Missouri Human Rights Act, R.S.Mo. §§ 213.010, *et seq*.

4.     The unlawful discriminatory practices alleged herein occurred in Jackson County, Missouri, where Plaintiff was first injured by Defendant's unlawful conduct; as such, venue is proper in this Court pursuant to R.S.Mo. § 508.010.

PARTIES

5.     Plaintiff is an African American female resident of Jackson County, Missouri.

6.     Defendant Williams is an African American male resident of Jackson County, Missouri.

7.     Defendant Company employs six or more persons, such that Defendant is an "employer" within the meaning of R.S.Mo. § 213.010(8).

CONDITIONS PRECEDENT

8.     Plaintiff timely filed a Charge of Discrimination with the Kansas City Missouri Human Relations Department ("KCHRD") which was dually filed with the Equal Employment Opportunity Commission ("EEOC") on January 18, 2022 within 180 days of her termination, alleging discrimination based on race and/or color, as well as retaliation, as described in this petition.

9.     Plaintiff's Charge of Discrimination was transferred from the KCHRD to the Missouri Commission on Human Rights ("MCHR").

10.     Plaintiff received notice of her right to sue regarding the January 18, 2022, Charge of Discrimination from the MCHR by a letter dated January 19, 2023.

Electronically Filed - Jackson - Kansas City - April 04, 2023 - 03:52 PM

11.     This Petition is being filed within 90 days of the MCHR's notification letter to Plaintiff and within two years of the occurrence or reasonable discovery of the unlawful employment practices alleged herein.

**GENERAL ALLEGATIONS**

12.     Plaintiff began working for Defendant on or about December 15, 2021, at its location at 4235 Troost Avenue, Kansas City, Missouri ("Defendant's Store").

13.     Defendant Derrick Williams ("Williams"), at all times relevant herein, was the store manager of Defendant's Store and Plaintiff's direct supervisor.

14.     Throughout Plaintiff's employment, Defendant Williams sexually harassed Plaintiff.

15.     During Plaintiff's interview, Defendant Williams commented about his marriage and sexual behavior.

16.     Defendant Williams commented about sexual relations and "what he would do to [Plaintiff]."

17.     Defendant Williams referred to himself as a "Nymphomaniac."

18.     Defendant Williams volunteered that he was unfaithful in his marriage and told Plaintiff that it was because he did not receive enough sexual gratification from his wife.

19.     Throughout Plaintiff's employment, Defendant Williams commented about Plaintiff's backside and her breasts.

20.     Defendant Williams repeatedly asked Plaintiff if she was wearing underwear.

21.     Defendant Williams offered Plaintiff money to have sexual intercourse with him.

22.     Defendant Williams described to Plaintiff graphic sexual acts he wanted to observe Plaintiff perform or engage in.

23.     Defendant Williams described sex acts he wanted to perform on Plaintiff and wanted to gauge her reaction to these sex acts.

24.     On or about January 3, 2022, Defendant Williams hit Plaintiff with a green ruler on her backside.

25.     Defendant Williams hit Plaintiff in a sexual act known as "spanking."

26.     Every time Plaintiff worked a shift, Defendant Williams also worked for some period of the same shift, except for December 23, 2021, to January 1, 2023, when Williams took time off work.

27.     Each and every time Plaintiff saw Williams, Williams made one or more sexual remarks.

28.     This commentary occurred throughout the Plaintiff's eight-hour shifts and whenever a customer was not in close proximity.

29.     Defendant Williams made comments suggesting that other female employees had been receptive to his sexual advances.

30.     Plaintiff objected on multiple occasions to Defendant Williams about his comments and conduct and reported him to the District Manager on January 5, 2022.

31.     Plaintiff has not heard anything from Defendant Company regarding her report since January 5, 2022.

32.     To Plaintiff's knowledge, Defendant Company has taken no corrective action against Defendant Williams, despite Plaintiff's report about his misconduct.

33.     Defendant Williams' sexually vulgar comments were made based on and because of Plaintiff's female sex.

34.     Defendant Williams' daily vulgar comments toward Plaintiff were sufficiently severe and pervasive to create an intimidating, hostile, or offensive work environment or had the purpose or effect of unreasonably interfering with Plaintiff's work performance.

35.     Such conduct subjects Defendant Company to liability for sexual harassment.

36.     Defendant William's harassment affected a term, condition, or privilege of Plaintiff's employment in a manner sufficiently severe to create an abusive work environment.

37.     The hostile work environment created and maintained by Defendant Company through Defendant Williams caused damage to Plaintiff in the form of emotional distress, mental anguish, humiliation, and embarrassment and ultimately led to Plaintiff's constructive discharge.

## COUNT I
## TORTIOUS ASSAULT & BATTERY AGAINST DEFENDANT WILLIAMS

38.     Plaintiff hereby incorporates and re-alleges all previously alleged Paragraphs as if fully set forth herein.

39.     At the time and place previously alleged, Defendant Williams committed a battery on Plaintiff by striking her on her backside, thereby causing contact with Plaintiff that was offensive to Plaintiff and that would be offensive to a reasonable person.

40.     Defendant Williams' battery of Plaintiff was outside the scope of his responsibilities and role as her supervisor.

41.     Defendant Williams' unlawful actions have damaged Plaintiff.

42.     The actions of Defendant Williams, in committing a battery on Plaintiff, constituted willful and wanton conduct, and as such, Plaintiff is entitled to punitive damages.

Electronically Filed - Jackson - Kansas City - April 04, 2023 - 03:52 PM

**WHEREFORE**, Plaintiff prays for judgment in her favor against Defendant Williams for actual damages that are fair and reasonable, for punitive damages, for her costs, and for such other and further relief as the Court deems just and proper under the circumstances.

**COUNT II**

**SEXUAL HARASSMENT/SEXUALLY HOSTILE WORK ENVIRONMENT AGAINST DEFENDANT COMPANY**

43.     Plaintiff hereby incorporates all prior paragraphs as if fully set forth herein.

44.     Plaintiff hereby alleges sexual harassment/sexual hostile work environment against Defendant Company.

45.     Plaintiff's sex (female) was a motivating factor in Defendant Company's decisions to allow the existence of the aforementioned sexually hostile work environment directed at Plaintiff.

46.     Defendant Company's actions, as noted above, constituted sexual harassment via the creation and allowed existence of a sexually hostile work environment to which Plaintiff was subjected in violation of the MHRA as Defendant Company and its supervisors (including the individually named Defendant) were aware of the illegal acts of its employees and managers, and did not take action to stop or prevent the acts that violated the Defendant Company workplace policy, as well as the Missouri Human Rights Act.

47.     The sexual misconduct Plaintiff experienced created an intimidating, hostile, or offensive work environment, or had the purpose or effect of unreasonably interfering with Plaintiff's work performance.

48.     Defendant Company's actions, as noted above, were discriminatory, continuous, arbitrary, and capricious and constituted a disparity in treatment toward Plaintiff, and her sex,

female, was a motivating factor in the creation and fostering of a sexually hostile work environment to which Plaintiff was subjected.

49.     At the time these actions were taken by Defendant Company, Defendant Company knew that these actions were unlawful and Defendant Company's actions were undertaken maliciously and/or in reckless disregard for Plaintiff's right to be free from discrimination.

50.     Plaintiff has been damaged by Defendant Company's unlawful employment actions.

**WHEREFORE**, Plaintiff prays for judgment in her favor against Defendant Company, for her fair and reasonable actual damages, for punitive damages, for reasonable attorneys' fees, for her costs, and for such other and further relief as the Court deems just and proper under the circumstances.

**THE MEYERS LAW FIRM, LC**
By:     */s/ EmmaLee A. Wilson*
        Martin M. Meyers          MO #29524
        mmeyers@meyerslaw.com
        EmmaLee A. Wilson        MO #72195
        ewilson@meyerslaw.com
        4435 Main Street, Suite 503
        Kansas City, Missouri 64111
        (816) 444-8500
        (816) 444-8508 *facsimile*

        **ATTORNEYS FOR PLAINTIFF**

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

GERMANY SMITH,

|  |  |
|---|---|
| **PLAINTIFF(S),** | **CASE NO.** 2316-CV09221 |
| **VS.** | **DIVISION 11** |

DOLGENCORP, LLC, D/B/A DOLLAR GENERAL STORE,

**DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE AND ORDER FOR MEDIATION
_____

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable ADAM L. CAINE on 03-AUG-2023 in DIVISION 11 at 09:00 AM. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

At the Case Management Conference, counsel should be prepared to address at least the following:

      a.      A trial setting;

      b.      Expert Witness Disclosure Cutoff Date;

      c.      A schedule for the orderly preparation of the case for trial;

      d.      Any issues which require input or action by the Court;

      e.      The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court.  Each party shall personally appear at the mediation and participate in the process.  In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case.  If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ ADAM L. CAINE
ADAM L. CAINE, **Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition.  It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
EMMALEE ANN WILSON, 4435 MAIN ST, SUITE 503, KANSAS CITY, MO 64111

MARTIN MEYERS, 4435 MAIN ST, SUITE 503, KANSAS CITY, MO 64111

Defendant(s):
 DOLGENCORP, LLC, D/B/A DOLLAR GENERAL STORE
DERRICK WILLIAMS

 Dated:  05-APR-2023

BEVERLY A. NEWMAN
Court Administrator

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

☒ AT KANSAS CITY ☐ AT INDEPENDENCE

**RE**: GERMANY SMITH V DOLGENCORP, LLC, D/B/A DOLLA ET AL
**CASE NO:** 2316-CV09221

**TO:** EMMALEE ANN WILSON
4435 MAIN ST
SUITE 503
KANSAS CITY, MO 64111

We have received pleadings, which you submitted for filing in the case and they have been file-stamped on  APRIL 4, 2023_____.  However, your pleading cannot be processed further until the following action is taken:

**RULE 3.2 - STYLE**
☐ Additional service instructions are needed.
☐ Incorrect case number/filed in wrong county.
☐ Document is unreadable.

**RULE 4.2 (2)**
☐ Need Circuit Court Form 4

**RULE 5.6 – COLLECTIONS OF DEPOSIT**
☐ No fee, or incorrect fee, received; fee required is $_____.
☐ Insufficient Filing Fee; Please Remit $_____
☐ No signature on check/form 1695.
☐ No request to proceed in forma pauperis.
☐ No personal checks accepted.

**RULE 68.1**
☐ Need Circuit Court Form 17

**RULE 68.7 – VITAL STATISTICS REPORT**
☐ Need Certificate of dissolution of marriage form.

**RULE 74.14 SUPREME CT – FOREIGN JUDGMENT**
☐ Authentication of foreign judgment required.
☐ Affidavit pursuant to Supreme Court Rule 74.14

**RULE 54.12  SERVICE IN REM OR QUASI IN REM ACTIONS**
☐ Affidavit for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Order for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Notice for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Affidavit for Service by Certified/Registered Mail pursuant to Supreme Court Rule 54.12b.

☒ **OTHER: PLEASE SEND SERVICE INSTRUCTIONS FOR THE 2ND DEFENDANT. YOU HAVE ONLY PAID CIVIL PROCESS FEES FOR 1 DEFENDANT. YOU WOULD HAVE TO PAY ANOTHER $36 FOR THE 2ND DFT, IF YOU ARE WANTING TO USE CIVIL PROCESS. QUESTIONS, CALL SWAR @ 816-881-3973.**
☒ Please take the actions necessary to comply with the Circuit Court Rules and your request will be processed.
☐ The private process server listed is not on our approved list.
☐ Execution in effect. Return date _____. Request may be resubmitted within one week prior to return date.
☐ Supreme Court Rule 90.13 requires interrogatories be served with summons of garnishment.

**If the filing was a new case, please be advised that unless the additional information marked is received within 30 days of the date of this notice this case will be dismissed pursuant to Rule 37.4 for failure to prosecute without prejudice, at the Plaintiff's cost.  Collection efforts will be pursued for these costs.**

**Please refer to the Court's website at www.16thcircuit.org for Court Rules or Forms.**

Copies electronic noticed, faxed, emailed and/or mailed APRIL 5, 2023 to:

COURT ADMINISTRATOR'S OFFICE
**DEPARTMENT OF CIVIL RECORDS**
CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| | |
|---|---|
| APRIL 5, 2023 | By _____ |
| Date | Deputy Court Administrator |

☒ 415 East 12th St., Kansas City, Missouri 64106
☐ 308 W. Kansas, Independence, Missouri 64050

Electronically Filed - Jackson - Kansas City - June 07, 2023 - 05:36 PM

## <u>AFFIDAVIT OF SERVICE</u>

**State of Missouri**                    **County of Jackson**                                              **Circuit Court**

Case Number: 2316-CV09221

Plaintiff:
**GERMANY SMITH**

POW2023006445

vs.

Defendant:
**DOLGENCORP LLC D/B/A DOLLAR GENERAL STORE #14255 AND DERRICK WILLIAMS**

For:
MEYERS LAW FIRM
4435 Main Street
503 One Main Plaza
Kansas City, MO 64111

Received by D & B Legal Services, Inc. on the 17th day of May, 2023 at 3:19 pm to be served on **DERRICK WILLIAMS, 3023 E 27TH ST, KANSAS CITY, MO 64127.**

I, Andrew Wickliffe PPS23-0203, being duly sworn, depose and say that on the **1st day of June, 2023** at **12:56 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in Civil Case, Notice of Case Management Conference for Civil Case and Order for Mediation and Petition For Damages** with the date and hour of service endorsed thereon by me, to: **DERRICK WILLIAMS** at the alternate address of: **DOLLAR GENERAL, 5000 LINWOOD BLVD, KANSAS CITY, MO 64128**.

I certify that I am over the age of 18 and have no interest in the above action and the foregoing statements made by me are t rue and correct.

Subscribed and Sworn to before me on the 7th day of
June, 2023

_____
NOTARY PUBLIC

SAMANTHA RENEE POWELL
Notary Public - State of Kansas
My Appointment Expires 7-17-26

_____
**Andrew Wickliffe PPS23-0203**
Process Server

**D & B Legal Services, Inc.**
P.O. Box 7471
**Overland Park, KS 66207**
(913) 362-8110

Our Job Serial Number: POW-2023006445

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JERRI J ZHANG | Case Number: 2316-CV09221 |
|---|---|
| Plaintiff/Petitioner:<br>GERMANY SMITH | Plaintiff's/Petitioner's Attorney/Address<br>EMMALEE ANN WILSON<br>4435 MAIN ST<br>SUITE 503<br>KANSAS CITY, MO 64111 |
| vs. | |
| Defendant/Respondent:<br>DOLGENCORP, LLC, D/B/A DOLLAR<br>GENERAL STORE | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: DERRICK WILLIAMS<br>Alias:<br><br>3023 E 27TH ST<br>KANSAS CITY, MO 64127 | **PRIVATE PROCESS SERVER**<br><br>5307 PERSIMMON TRL #12<br>KANSAS CITY, MO 64129 |
|---|---|

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

16-MAY-2023
Date

Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

*(Seal)*          **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
Date          Notary Public

### Sheriff's Fees

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 23-SMCC-5505** 1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

☒ **AT KANSAS CITY**          ☐ **AT INDEPENDENCE**

GERMANY SMITH

VS.

DOLGENCORP, LLC, et al.

NO. 2316-CV09221

☒ CIRCUIT JUDGE
☐ ASSOCIATE CIRCUIT JUDGE
☐ SMALL CLAIMS

## MEMORANDUM TO DEPARTMENT OF CIVIL RECORDS
### INSTRUCTIONS FOR ALIAS SUMMONS

☒ **PRIVATE PROCESS**          ☐ **CIVIL PROCESS**

☒ ISSUE ALIAS SUMMONS TO DEFENDANT

Derrick Williams

3023 E. 27th St., Kansas City, MO 64127

OR 5307 Persimmon Trl #12, Kansas City, MO 64129

Jackson
COUNTY OF SERVICE

CASE CONTINUED TO: _____

☐ PREPARE TRANSCRIPT OF JUDGMENT

☐ AUTHENTICATED  ☐ CERTIFIED  ☐ RECORD AS LIEN
☐ W/LETTER

## REQUESTED BY

Martin M. Meyers        #29524
NAME OF ☐ CREDITOR ☒ ATTORNEY & BAR NO.

4435 Main St., Suite 503
ADDRESS

Kansas City, MO 64111
CITY            STATE        ZIP

*/s/ Martin M. Meyers*
SIGNATURE

(816) 444-8500
PHONE

April 10, 2023
DATE

## Please Provide Original & Copy

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

GERMANY SMITH,       )
    Plaintiff,       )
v.                   )    **Case No.:**    **2316-CV09221**
DOLGENCORP, LLC, et al.,   )
    Defendants.      )

### MOTION FOR APPROVAL AND APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through its attorney of record, and for its Motion for Approval/Appoint of Private Process Server, and requests that D&B Legal Services, Inc.: Legal Names (s):

| | | |
|---|---|---|
| Alisha Allen PPS23-0003 | Rufus Harmon PPS23-0358 | Bill Powell PPS23-0141 |
| Sallie Bailey PPS23-0222 | Stephen Heitz PPS23-0269 | Dee Powell PPS23-0142 |
| Carl Barnett PPS23-0007 | Bridgette Hight PPS23-0074 | Samantha Powell PPS23-0143 |
| Thomas Bogue PPS23-0015 | James Hise PPS23-0075 | Curtiss Press PPS23-0145 |
| Scott Brady PPS23-0018 | Jennifer Hyman PPS23-0082 | Kenneth Prewett PPS23-0146 |
| Randy Burrow PPS23-0022 | Patrick D Jones PPS23-0086 | Benjamin Purser PPS23-0148 |
| Gary Burt PPS23-0023 | Chelsey Ketron PPS23-0087 | Mark Rauss PPS23-0314 |
| Steven Butcher PPS23-0234 | Leisa Ketron PPS23-0088 | Kathy Rulo PPS23-0165 |
| Bobby Calvert PPS23-0026 | Brent Kirkhart PPS23-0089 | Edna Russell PPS23-0166 |
| Carolyn Champlin PPS23-0029 | Janice Kirkhart PPS23-0090 | Westley Seifert PPS23-0168 |
| Matthew Church PPS23-0350 | Tyler Kirkhart PPS23-0091 | Joe Sherrod PPS23-0169 |
| Glen Cobb PPS23-0030 | Cody Kyser PPS23-0093 | Thomas Skinner PPS23-0174 |
| Monica Cobbs PPS23-0031 | Kenneth Marshall PPS23-0454 | Anthony Spada PPS23-0179 |
| Kory Crawshaw PPS23-0448 | Michael C Meador PPS23-0111 | Barbara Steil PPS23-0182 |
| David Dice PPS23-0353 | Maria Meier PPS23-0402 | Jessica Stone PPS23-0406 |
| Christopher Drummond PPS23-0249 | Heather Merfen PPS23-0115 | Randy Stone PPS23-0184 |
| | Matthew Millhollin PPS23-0117 | Sonja Stone PPS23-0185 |
| Anthony Dunne PPS23-0251 | Corbin Monie PPS23-0118 | Daniel Swinney PPS23-0190 |
| William Ferrell PPS23-0258 | Jason Moody PPS23-0456 | Ryan E Weekley PPS23-0199 |
| Brandon Fisher PPS23-0053 | Wayne Mullen PPS23-0457 | Ryan M Weekley PPS23-200 |
| James Frago PPS23-0054 | Jeremy Nicholas PPS23-0119 | Robert Weishar PPS23-0201 |
| John Frago PPS23-0055 | Michael Noble PPS23-0123 | Andrew Wickliffe PPS23-0203 |
| Bradley Gordon PPS23-0059 | Greg Noll PPS23-0124 | Gregory Willing PPS23-0206 |
| Thomas Gorgen PPS23-0060 | Cody Patton PPS23-0133 | Conni Wilson PPS23-0208 |
| Daniel Grubbs PPS23-0394 | Mike Perry PPS23-0135 | Lana Wiseman PPS23-0209 |
| Darnell Hamilton PPS23-0066 | Carrie Pfeifer PPS23-0137 | Andrew Wheeler PPS23-0462 |
| James Hannah PPS23-0067 | Elizabeth Phillips PPS23-0309 | Greg Zotta PPS23-0344 |
| | Craig Poese PPS23-0138 | |

who are qualified persons to serve process, are not parties to the case and are not less than eighteen (18) years of age, as private process servers in the above cause to serve process in this case.

**THE MEYERS LAW FIRM, LC**
By:    */s/ Marti M. Meyers*
Martin M. Meyers    MO #29524
mmeyers@meyerslaw.com

EmmaLee A. Wilson  MO #72195
ewilson@meyerslaw.com
4435 Main Street
Suite 503
Kansas City, Missouri 64111
(816) 444-8500
(816) 444-8508 *facsimile*

ATTORNEYS FOR PLAINTIFF

## **ORDER**

It is hereby ordered that the Plaintiff's Motion for Approval and Appointment of private process server is granted and the above-named individuals are hereby approved and appointed to serve process in the above-captioned matter.

Date: _____       _____

                                                                                Judge or Clerk

Electronically Filed - Jackson - Kansas City - April 10, 2023 - 11:24 AM



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JERRI J ZHANG | Case Number: 2316-CV09221 |
|---|---|
| Plaintiff/Petitioner:<br>GERMANY SMITH | Plaintiff's/Petitioner's Attorney/Address<br>EMMALEE ANN WILSON<br>4435 MAIN ST<br>SUITE 503<br>KANSAS CITY, MO 64111 |
| vs. | |
| Defendant/Respondent:<br>DOLGENCORP, LLC, D/B/A DOLLAR GENERAL STORE | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |
| | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** DERRICK WILLIAMS
**Alias:**

**3023 E 27TH ST**
**KANSAS CITY, MO 64127**

**5307 PERSIMMON TRL #12**
**KANSAS CITY, MO 64129**

*COURT SEAL OF*

*JACKSON COUNTY*

    **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

11-APR-2023
  Date

Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

*(Seal)*    **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
                  Date

_____
Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) For Court Use Only: Document Id # 23-SMCC-4100 2 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:23-cv-00471-DGK Document 1-2 Filed 07/07/23 Page 17 of 29

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made. Thank you.

Circuit Court of Jackson County

6/2020



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>ADAM CAINE | Case Number: 2316-CV09221 |
|---|---|
| Plaintiff/Petitioner:<br>GERMANY SMITH | Plaintiff's/Petitioner's Attorney/Address<br>EMMALEE ANN WILSON<br>4435 MAIN ST<br>SUITE 503<br>KANSAS CITY, MO 64111 |
| vs. | |
| Defendant/Respondent:<br>DOLGENCORP, LLC, D/B/A DOLLAR<br>GENERAL STORE | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** DOLGENCORP, LLC, D/B/A DOLLAR GENERAL STORE
**Alias:**
CSC LAWYERS INCORPORATING SERV
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

# PRIVATE PROCESS SERVER



*COURT SEAL OF*

*JACKSON COUNTY*

     You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>11-APR-2023</u>
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

*(Seal)*          **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $      10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) For Court Use Only: Document Id # 23-SMCC-4099  2  of 4 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo
Case 4:23-cv-00471-DGK   Document 1-2   Filed 07/07/23   Page 19 of 29

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org  →  Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

6/2020

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

GERMANY SMITH,            )
     Plaintiff,          )
v.                       )    Case No.:    2316-CV09221
DOLGENCORP, LLC, et al.,   )
     Defendants.       )

### MOTION FOR APPROVAL AND APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through its attorney of record, and for its Motion for Approval/Appoint of Private Process Server, and requests that D&B Legal Services, Inc.: Legal Names (s):

| | | |
|---|---|---|
| Alisha Allen PPS23-0003 | Rufus Harmon PPS23-0358 | Bill Powell PPS23-0141 |
| Sallie Bailey PPS23-0222 | Stephen Heitz PPS23-0269 | Dee Powell PPS23-0142 |
| Carl Barnett PPS23-0007 | Bridgette Hight PPS23-0074 | Samantha Powell PPS23-0143 |
| Thomas Bogue PPS23-0015 | James Hise PPS23-0075 | Curtiss Press PPS23-0145 |
| Scott Brady PPS23-0018 | Jennifer Hyman PPS23-0082 | Kenneth Prewett PPS23-0146 |
| Randy Burrow PPS23-0022 | Patrick D Jones PPS23-0086 | Benjamin Purser PPS23-0148 |
| Gary Burt PPS23-0023 | Chelsey Ketron PPS23-0087 | Mark Rauss PPS23-0314 |
| Steven Butcher PPS23-0234 | Leisa Ketron PPS23-0088 | Kathy Rulo PPS23-0165 |
| Bobby Calvert PPS23-0026 | Brent Kirkhart PPS23-0089 | Edna Russell PPS23-0166 |
| Carolyn Champlin PPS23-0029 | Janice Kirkhart PPS23-0090 | Westley Seifert PPS23-0168 |
| Matthew Church PPS23-0350 | Tyler Kirkhart PPS23-0091 | Joe Sherrod PPS23-0169 |
| Glen Cobb PPS23-0030 | Cody Kyser PPS23-0093 | Thomas Skinner PPS23-0174 |
| Monica Cobbs PPS23-0031 | Kenneth Marshall PPS23-0454 | Anthony Spada PPS23-0179 |
| Kory Crawshaw PPS23-0448 | Michael C Meador PPS23-0111 | Barbara Steil PPS23-0182 |
| David Dice PPS23-0353 | Maria Meier PPS23-0402 | Jessica Stone PPS23-0406 |
| Christopher Drummond PPS23-0249 | Heather Merfen PPS23-0115 | Randy Stone PPS23-0184 |
| | Matthew Millhollin PPS23-0117 | Sonja Stone PPS23-0185 |
| Anthony Dunne PPS23-0251 | Corbin Monie PPS23-0118 | Daniel Swinney PPS23-0190 |
| William Ferrell PPS23-0258 | Jason Moody PPS23-0456 | Ryan E Weekley PPS23-0199 |
| Brandon Fisher PPS23-0053 | Wayne Mullen PPS23-0457 | Ryan M Weekley PPS23-200 |
| James Frago PPS23-0054 | Jeremy Nicholas PPS23-0119 | Robert Weishar PPS23-0201 |
| John Frago PPS23-0055 | Michael Noble PPS23-0123 | Andrew Wickliffe PPS23-0203 |
| Bradley Gordon PPS23-0059 | Greg Noll PPS23-0124 | Gregory Willing PPS23-0206 |
| Thomas Gorgen PPS23-0060 | Cody Patton PPS23-0133 | Conni Wilson PPS23-0208 |
| Daniel Grubbs PPS23-0394 | Mike Perry PPS23-0135 | Lana Wiseman PPS23-0209 |
| Darnell Hamilton PPS23-0066 | Carrie Pfeifer PPS23-0137 | Andrew Wheeler PPS23-0462 |
| James Hannah PPS23-0067 | Elizabeth Phillips PPS23-0309 | Greg Zotta PPS23-0344 |
| | Craig Poese PPS23-0138 | |

who are qualified persons to serve process, are not parties to the case and are not less than eighteen (18) years of age, as private process servers in the above cause to serve process in this case.

**THE MEYERS LAW FIRM, LC**
By:    */s/ Marti M. Meyers*
Martin M. Meyers    MO #29524
mmeyers@meyerslaw.com

EmmaLee A. Wilson  MO #72195
ewilson@meyerslaw.com
4435 Main Street
Suite 503
Kansas City, Missouri 64111
(816) 444-8500
(816) 444-8508 *facsimile*

ATTORNEYS FOR PLAINTIFF

**ORDER**
It is hereby ordered that the Plaintiff's Motion for Approval and Appointment of private process server is granted and the above-named individuals are hereby approved and appointed to serve process in the above-captioned matter.

  04/11/2023
DEPUTY COURT ADMINISTRATOR



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JERRI J ZHANG | Case Number: 2316-CV09221 |
|---|---|
| Plaintiff/Petitioner:<br>GERMANY SMITH | Plaintiff's/Petitioner's Attorney/Address<br>EMMALEE ANN WILSON<br>4435 MAIN ST<br>SUITE 503<br>KANSAS CITY, MO 64111 |
| vs. | |
| Defendant/Respondent:<br>DOLGENCORP, LLC, D/B/A DOLLAR GENERAL STORE | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** DERRICK WILLIAMS
 **Alias:**

3023 E 27TH ST
KANSAS CITY, MO 64127

### PRIVATE PROCESS SERVER

5307 PERSIMMON TRL #12
KANSAS CITY, MO 64129

**COURT SEAL OF**

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

16-MAY-2023
Date

Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with
_____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
        Printed Name of Sheriff or Server                                    Signature of Sheriff or Server

*(Seal)*          **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                              Date                                          Notary Public

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) For Court Use Only: Document ID # 23-SMCC-5505  2  of 1(Civil Procedure Form No. 1, Rules 54.01 – 54.05,
Case 4:23-cv-00471-DGK   Document 1-2   Filed 07/07/23   Page 23 of 29
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

6/2020



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JERRI J ZHANG | **Case Number: 2316-CV09221** |
| Plaintiff/Petitioner:<br>GERMANY SMITH | Plaintiff's/Petitioner's Attorney/Address<br>EMMALEE ANN WILSON<br>4435 MAIN ST<br>SUITE 503<br>KANSAS CITY, MO 64111 |
| vs. | |
| Defendant/Respondent:<br> DOLGENCORP, LLC, D/B/A DOLLAR<br>GENERAL STORE | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** **DOLGENCORP, LLC, D/B/A DOLLAR GENERAL STORE**
**Alias:**
**CSC LAWYERS INCORPORATING SERV**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**



*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

16-MAY-2023
Date

_____
Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with
_____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

*(Seal)*      **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____      _____
Date      Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) For Court Use Only: Document Id # 23-SMCC-5504 2 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo
Case 4:23-cv-00471-DGK Document 1-2 Filed 07/07/23 Page 25 of 29

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020

Electronically Filed - Jackson - Kansas City - May 16, 2023 - 10:53 AM

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

☒ **AT KANSAS CITY**      ☐ **AT INDEPENDENCE**

GERMANY SMITH
_____

NO. 2316-CV09221
_____

VS.

☒ CIRCUIT JUDGE

DOLGENCORP, LLC, et al.
_____

☐ ASSOCIATE CIRCUIT JUDGE

☐ SMALL CLAIMS

## MEMORANDUM TO DEPARTMENT OF CIVIL RECORDS
### INSTRUCTIONS FOR ALIAS SUMMONS

☒ **PRIVATE PROCESS**      ☐ **CIVIL PROCESS**

☒ ISSUE ALIAS SUMMONS TO DEFENDANT

Derrick Williams
_____

3023 E. 27th St., Kansas City, MO 64127
_____

OR 5307 Persimmon Trl #12, Kansas City, MO 64129
_____

Jackson
_____
COUNTY OF SERVICE

CASE CONTINUED TO: _____

☐ PREPARE TRANSCRIPT OF JUDGMENT

☐ AUTHENTICATED ☐ CERTIFIED ☐ RECORD AS LIEN
☐ W/LETTER

## REQUESTED BY

Martin M. Meyers     #29524
_____
NAME OF ☐ CREDITOR ☒ ATTORNEY & BAR NO.

_/s/ Martin M. Meyers_
_____
SIGNATURE

4435 Main St., Suite 503
_____
ADDRESS

(816) 444-8500
_____
PHONE

Kansas City, MO 64111
_____
CITY      STATE      ZIP

May 16, 2023
_____
DATE

## Please Provide Original & Copy

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

☒ **AT KANSAS CITY**          ☐ **AT INDEPENDENCE**

GERMANY SMITH

NO. 2316-cv09221

VS.

☒ CIRCUIT JUDGE

DOLGENCORP, LLC, d/b/a DOLLAR GENERAL STORE #14255

☐ ASSOCIATE CIRCUIT JUDGE

☐ SMALL CLAIMS

## MEMORANDUM TO DEPARTMENT OF CIVIL RECORDS
### INSTRUCTIONS FOR ALIAS SUMMONS

☐ **PRIVATE PROCESS**          ☒ **CIVIL PROCESS**

☒ ISSUE ALIAS SUMMONS TO DEFENDANT

SERVE:  Registered Agent CSC-Lawyers Incorporating
Service Company
221 Bolivar Street

Jefferson City, MO 65101

Cole
COUNTY OF SERVICE

CASE CONTINUED TO: _____

☐ PREPARE TRANSCRIPT OF JUDGMENT

☐ AUTHENTICATED  ☐ CERTIFIED  ☐ RECORD AS LIEN
☐ W/LETTER

## REQUESTED BY

Martin M. Meyers      #29524
NAME OF ☐ CREDITOR  ☒ ATTORNEY & BAR NO.

4435 Main St., Suite 503
ADDRESS

Kansas City, MO 64111
CITY          STATE          ZIP

*/s/ Martin M. Meyers*
SIGNATURE

(816) 444-8500
PHONE

May 16, 2023
DATE

## Please Provide Original & Copy



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JERRI J ZHANG | Case Number: 2316-CV09221 |
| Plaintiff/Petitioner:<br>GERMANY SMITH | Plaintiff's/Petitioner's Attorney/Address<br>EMMALEE ANN WILSON<br>4435 MAIN ST<br>SUITE 503 |
| vs. | KANSAS CITY, MO 64111 |
| Defendant/Respondent:<br>DOLGENCORP, LLC, D/B/A DOLLAR<br>GENERAL STORE | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

2023 JUN 27 PM 5:__ FILED CIRCUIT COURT JACKSON CO. KC

RECEIVED
JUN 0 8 2023
COLE COUNTY
SHERIFF'S OFFICE

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: DOLGENCORP, LLC, D/B/A DOLLAR GENERAL STORE
**Alias:**
**CSC LAWYERS INCORPORATING SERV**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**



COURT SEAL OF

CIRCUIT COURT OF MISSOURI

JACKSON COUNTY

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

16-MAY-2023
Date

_____ Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to

CSC Lawyers Inc S.L. (name) Designee (title).

☐ other _____.

Served at 350 E. High St (address)

in Cole (County/City of St. Louis), MO, on 06/07/23 (date) at 08:00 (time).

Sheriff John P. Wheeler by X. Armenrau
Printed Name of Sheriff or Server          Signature of Sheriff or Server

(Seal)          **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
                        Date                    Notary Public

---

**Sheriff's Fees**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 23-SMCC-5504** 1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:23-cv-00471-DGK   Document 1-2   Filed 07/07/23   Page 29 of 29