# EXHIBIT C

DocuSign Envelope ID: 37F94483-59D7-4976-A40B-347EA7A270E7

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GERMANY SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOLGENCORP, LLC, D/B/A DOLLAR )<br>GENERAL STORE AND DERRICK )<br>WILLIAMS, )<br>)<br>Defendant. ) | Case No. _____ |

## DECLARATION OF KELLY COLLIER

I, Kelly Collier, hereby declare and state as follows:

1. I am over 21 years of age, I am of sound mind, and I am competent to make this declaration based on personal knowledge.

2. I am employed by Dollar General as the Senior Vice President, Assistant General Counsel for Business.

3. Defendant Dolgencorp, LLC d/b/a Dollar General is a single-member limited liability company organized under the laws of Kentucky with its principal place of business in Goodlettsville, Tennessee.

4. Dolgencorp, LLC's sole member is Dollar General Corporation, a corporation organized under the laws of Tennessee with its principal place of business in Tennessee.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the above statements are true and correct to my best knowledge.

Executed this 6th day of July, 2023.

*Kelly Collier*
A62AD34223CE482
Kelly Collier