# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Germany Smith ;
1 Citizen of This State;
**County of Residence:** Outside This District

**Defendant(s):**

First Listed Defendant:
Dolgencorp, LLC, d/b/a Dollar General Store ;
5 Incorporated and Principal Place of Business in Another State; Tennessee
**County of Residence:** Outside This District

Additional Defendants(s):
Derrick Williams Williams ;
1 Citizen of This State;

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Martin M. Meyers (Germany Smith)
The Meyers Law Firm, LC
4435 Main Street, Suite 503
Kansas City, Missouri 64111
**Phone:** (816) 444-8500
**Fax:** (816) 444-8508
**Email:** mmeyers@meyerslaw.com

EmmaLee A. Wilson (Germany Smith)
The Meyers Law Firm, LC
4435 Main Street, Suite 503
Kansas City, Missouri 64111
**Phone:** (816) 444-8500
**Fax:** (816) 444-8508
**Email:** ewilson@meyerslaw.com

**Defendant's Attorney(s):**

Shareholder Justin M. Dean (Dolgencorp, LLC, d/b/a Dollar General Store
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.        & Derrick Williams)
700 West 47th Street, Suite 500
Kansas City, Missouri 64112
**Phone:** (816) 410-2244
**Fax:** (816) 471-1303
**Email:** justin.dean@ogletree.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** 1 Citizen of This State
  **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court
  **State Removal County:** Jackson County

**State Removal Case Number:** 2316-CV09221

**Nature of Suit:** 442 Employment

**Cause of Action:** U.S.C. §§ 1332, 1441 and 1446; allegations of tortious assault & battery against D Williams and sexual harassment/sexually hostile work environment under MHRA

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 75000

    **Jury Demand:** No

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Justin M. Dean

**Date:** July 7, 2023

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.